Andrew B. Finberg
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period 07/23/2025 to 10/02/2025

**Chapter 13 Case No.: 25-17740 (ABA)**

Re: TAMEKA A. WALKER
    601 NORTH BLACK HORSE PIKE
    K7
    WILLIAMSTOWN, NJ  08094

Attorney: RICHARD S. HOFFMAN, JR., ESQUIRE
    HOFFMAN DI MUZIO
    412 SWEDESBORO ROAD
    MULLICA HILL, NJ  08062

Petition Date: 07/23/2025
341 § (a) Date: 08/21/2025

Last Disbursement Date: 10/02/2025
Confirmation Date: 09/24/2025

Months from Petition Date: 3
Judge: Andrew B. Altenburg, Jr.

## SUMMARY

Summary of all receipts and disbursements from July 23, 2025 to and including October 02, 2025.

| | | |
|---|---|---|
| Payments Due: $820.00 | Paid to Claims: $360.00 | Total Unpaid**: $27,738.49 |
| Receipts: $400.00 | Trustee Costs Paid: $40.00 | Current Monthly Payment: $420.00 |
| Arrearages: $420.00 | Funds on Hand: $0.00 | Base Amount: $19,720.00 |
| Trustee Percentage: 10.00% | Plan Type: Base Plan | |

Comment: 3RD FILING

## RECEIPTS

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/04/2025 | I1PJFLVM0J-Plan | $400.00 | 10/01/2025 | I1NWFW2P38-Pl: | $410.00 | 10/02/2025 | I1NWFW2P38-Pl: | ($410.00) |

**Total Receipts:** $400.00     **Amount Refunded to Debtor:** $0.00     **Receipts Applied to Plan:** $400.00

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**   Page 2 of 3
For the period  to
**Chapter 13 Case No.: 25-17740 (ABA)**

**CLAIMS LISTING**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Unpaid |
|---|---|---|---|---|---|
| 0 | TAMEKA A. WALKER | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | AFFIRM | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | ATLANTIC CITY ELECTRIC | Unsecured Creditors | $5,489.74 | $0.00 | $5,489.74 |
| 3 | ATLAS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | BAY ATLANTIC F.C.U. | Unsecured Creditors | $504.64 | $0.00 | $504.64 |
| 5 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | CHIME/STRIDE BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CREDIT ONE BANK | | $0.00 | $0.00 | $0.00 |
| 8 | PREMIER BANKCARD, LLC | Unsecured Creditors | $754.60 | $0.00 | $754.60 |
| 9 | INTERNAL REVENUE SERVICE | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 10 | KIKOFF LENDING | | $0.00 | $0.00 | $0.00 |
| 11 | LAURELTON VILLAGE APARTMENTS LG, LLC »»  GREEN SHEET | Unsecured Creditors | $7,266.00 | $0.00 | $7,266.00 |
| 12 | MRV BANKS | Unsecured Creditors | $355.42 | $0.00 | $355.42 |
| 13 | MCKENNA, DUPONT, STONE * WASHBURNE, P.C. | | $0.00 | $0.00 | $0.00 |
| 14 | MIDLAND CREDIT MANAGEMENT, INC. | Unsecured Creditors | $698.78 | $0.00 | $698.78 |
| 15 | O'HANLON SCHWARTZ, P.C. | | $0.00 | $0.00 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Unsecured Creditors | $1,440.95 | $0.00 | $1,440.95 |
| 17 | PINNACE SERVICE SOLUTIONS, LLC | | $0.00 | $0.00 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | $0.00 | $0.00 | $0.00 |
| 19 | RESURGENT CAPITAL SERVICES | | $0.00 | $0.00 | $0.00 |
| 20 | SOUTH STATE BANK | | $0.00 | $0.00 | $0.00 |
| 21 | STATE OF NEW JERSEY | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 22 | SULLIVAN MOTORS | | $0.00 | $0.00 | $0.00 |
| 23 | U.S. TRUSTEE | | $0.00 | $0.00 | $0.00 |
| 24 | WILLIAM E. BREWER, ESQUIRE | | $0.00 | $0.00 | $0.00 |
| 25 | ANDREW B FINBERG | | $0.00 | $0.00 | $0.00 |
| 26 | RICHARD S. HOFFMAN JR. | | $0.00 | $0.00 | $0.00 |
| 0 | RICHARD S. HOFFMAN, JR., ESQUIRE | Attorney Fees | $4,450.00 | $360.00 | $4,090.00 |
| 27 | MIDLAND CREDIT MANAGEMENT, INC. | Unsecured Creditors | $1,077.92 | $0.00 | $1,077.92 |
| 28 | MIDLAND CREDIT MANAGEMENT, INC. | Unsecured Creditors | $628.48 | $0.00 | $628.48 |
| 29 | MIDLAND CREDIT MANAGEMENT, INC. | Unsecured Creditors | $1,155.18 | $0.00 | $1,155.18 |
| 30 | PYOD, LLC | Unsecured Creditors | $1,244.87 | $0.00 | $1,244.87 |
| 31 | LVNV FUNDING, LLC | Unsecured Creditors | $258.06 | $0.00 | $258.06 |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**
For the period  to
**Chapter 13 Case No.: 25-17740 (ABA)**

Page 3 of 3

** NOTE:   Do not pay off your plan early without consulting your attorney. The claim balance does NOT represent the payoff amount for your case.

** NOTE:   Your case information is available at the National Data Center. Please visit www.13datacenter.com and click on the link for new debtor access.

** NOTE:   This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.

Dated: 10/02/2025 11:50 am
By: KAR